HU_Rule7_1_Statement.doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :   ECF CASE
POROX INTERNATIONAL CO., INC.,                                    :
                                                                  :
                          Plaintiff,                              :
                                                                  :   07 CV 3256 (RJH)
            -against-                                             :
                                                                  :
HEYS USA INC.,                                                    :   RULE 7.1 STATEMENT
                                                                  :
                          Defendant.                              :
                                                                  :
------------------------------------------------------------------x

Pursuant to Federal Rules of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the Defendant, **Heys USA, Inc.** (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: **NONE**.

Dated:   New York, New York
         June 4, 2007

                                                    _____
                                                    Carl E. Person   (CP 7637)
                                                    Attorney for Defendant,
                                                         Heys USA, Inc.
                                                    325 W. 45th Street - Suite 201
                                                    New York, New York 10036-3803
                                                    (212) 307-4444