LW2_Notice_of_Appearance_for_Deft.doc

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------------------x
:                          **ECF CASE**
**POROX INTERNATIONAL CO., INC.,**                :
:                          **07 CV 3256 (RJH)**
                                          Plaintiff,           :
:                          **NOTICE OF APPEARANCE**
            -against-                             :
:
**HEYS USA INC.,**                                    :
:
                                          Defendant.        :
:
--------------------------------------------------------------------------------x

Please take notice that the undersigned counsel, **Carl E. Person**, is appearing as counsel on

behalf of Defendant, **Heys USA, Inc.**

**Dated:**    **New York, New York**
            **June 4, 2007**

**Carl E. Person   (CP  7637)**
**Attorney for the Defendant,**
  **Heys USA, Inc.**
**325 W. 45th Street - Suite 201**
**New York, New York 10036-3803**
**(212) 307-4444**