Steven C. Bennett (SB 6380)
BENNETT OFFICES
Law Offices of Steven Cullen Bennett
521 Fifth Avenue suite 1700
New York, N.Y. 10175
(212) 292-4488 fax (888)275-6115
Attorneys for plaintiff

Thomas M. Furth (TF0785)
KUDMAN TRACHTEN ALOE LLP
350 Fifth Avenue, Suite 4400
New York, N.Y. 10118
(212) 868-1010
Of Cousnel to Plaintiff

David A. Gast
Florida Bar No. 176,567
MALLOY & MALLOY, PA
2800 SW 3rd Ave.
Miami, Florida 33129
Telephone: (305) 858-8000
Facsimile: (305) 858-0008
Email: dgast@malloylaw.com
Attorneys for Defendant



RECEIVED
MAY 31 2007
CHAMBERS OF
RICHARD J. HOLWELL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
POROX INTERNATIONAL CO. INC.
    Plaintiffs,

    -against-                                  Case No. 2007 CIV 03256 (RJH)

HEYS (USA) INC.                                 CONSENT EXTENDING
                                                TIME TO ANSWER
                                                COMPLAINT
    Defendants.
-------------------------------------------------------X

IT IS HEREBY stipulated and agreed by and between the attorneys for POROX INTERANTIONAL CO INC and the attorneys for HEYS (USA) INC that the time within which the defendant may serve an answer or other responsive pleading to the Complaint is hereby extended to June 12, 2007.

_____
David A. Gast, Esq. (Fla Bar. 176,567)
Malloy & Malloy
2800 SW 3rd Ave.
Miami, Florida 33129
Telephone: (305) 858-8000
Facsimile: (305) 858-0008
Email: dgast@malloylaw.com
Attorneys for Defendant

Dated: May 23, 2007

_____
Steven Bennett, Esq.
Bennett Offices
521 Fifth Avenue suite 1700
New York, N.Y. 10175

Attorneys for Plaintiff
Dated: May 28, 2007

SO ORDERED:   _____
              RICHARD J. HOLWELL
              United States District Judge
              6/5/07

*Separate signed copies of this Stipulation and/or facsimile copies are hereby deemed acceptable and equivalent to be received by any concerned party as though a single complete original document.*