```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

POROX INTERNATIONAL, Co.,    :     07 Civ. 03256 (RJH)
                             :
              Plaintiff,     :
                             :
    -against-                :     **ORDER**
                             :
HEYS USA, Inc.,              :
                             :
              Defendant.     :
                             :
------------------------------------------------------------x

The pretrial conference scheduled for July 27, 2007 is rescheduled to August 01, 2007, at 11:00 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
July 20, 2007
SO ORDERED:

_____
Richard J. Holwell
United States District Judge