BENNETT OFFICES
LAW OFFICES OF STEVEN CULLEN BENNETT
521 FIFTH AVENUE Suite 1700
NEW YORK NY 10175
(212) 292-4488

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/07

## FAX COVER SHEET

THE INFORMATION CONTAINED IN THIS FACSIMILE IS PRIVILEGED AND CONFIDENTIAL INFORMATION AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED HEREIN. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR IS THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.

IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

DATE:            May 30, 2007

FAX NUMBER:      (212) 805-7948

DELIVER TO:      The Chambers of Hon. Richard J. Holwell, United States District Judge
                 United States District Court
                 Southern District of New York
                 United States Courthouse

ATTN:            William Whelan, Esq., Clerk

FROM:            Andre Ward
                 Paralegal

RE:              PONOX INTERNATIONAL CO. INC. V HEYS (USA) INC.
                 Case No. 2007 CIV 03256 (RJH)

SUBJECT:         Proposed scheduling order.

TOTAL NUMBER OF PAGES, INCLUDING THIS COVER SHEET: 4

REMARKS:         Please see the attached letter and proposed schedule.

c. Carl Person, Esq.
   Tom Furth, Esq.

IF YOU DO NOT RECEIVE LEGIBLE COPIES OF ALL PAGES, PLEASE CONTACT SENDER AS SOON AS POSSIBLE.

*[Handwritten note:]* Application Granted. The Court adopts the attached scheduling order. A status conference will be held on 11/30/07 at 10:00 a.m. SO ORDERED RJH — *[illegible]* 8/14/07

A. Description of the Case

    i. Attorneys of record and lead trial attorneys for the parties:
       for Plaintiff - Steven C. Bennett, Esq.
       for Defendant - Carl E. Person, Esq.

    ii. Basis for federal jurisdiction: alleged trademark infringement, 15 U.S.C.A. Sections 1051-1127, 28 U.S.C. Section 1338.

    iii. Brief description of the claims assets in the complaint: ~~and~~ *Illegal use of trademark / Infringement*
       There are no counterclaims asserted.

    iv. The major legal and factual issues in the case: Whether there is personal jurisdiction over the defendant; whether the defendant infringed plaintiff's trademarks and the dollar amount of damages; and whether the source of the goods was an authorized manufacturer or distributor of the goods.

    v.

B. Proposed Case Management Plan

    i. Identify all pending motions - NONE.

    ii. Proposed cutoff date for joinder of additional parties - 9/1/07

    ii. Proposed cutoff date for amendment to pleadings - 9/15/07

    iii. Proposed schedule for completion of discovery, including:

       a. Date for Rule 26(a)(1) disclosures - 8/15/07

       b. Fact discovery completion date - 12/3/07

       c. Date for Rule 26(a)(2) disclosures - 10/1/07

       d. Expert discovery completion date, including dates for delivery of expert reports - 12/3/07

    v. Proposed date for filing dispositive motions: 1/3/08

    vi. Proposed date for filing a final pretrial order - 2/4/08 or within 14 days after the decision on any dispositive motion, which ever is later

    vii. Proposed trial schedule:

       a. A jury trial is requested by defendant.

       b. Probable length of trial - 2 days.

       c. Case will be ready for trial 2/4/08 or within 14 days after the decision on any dispositive motion.

C. Consent to Proceed before a Magistrate Judge - No.

D. Status of Settlement Discussions:

    i. Settlement discussions have occurred.

07/31/2007  16:20    8882756115

ii.   Settlement discussions are continuing.

iii.  Plaintiff requests a settlement conference at this time.