HU_M1_Notice_Motion_Withdraw.doc

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x

|  |  |  |
|---|---|---|
| **POROX INTERNATIONAL CO., INC.,** | : | **ECF CASE** |
|  | : |  |
|  | : | **07 CV 3256 (RJH)** |
| Plaintiff, | : |  |
| -against- | : | **NOTICE OF MOTION TO** |
|  | : | **WITHDRAW AS COUNSEL** |
| **HEYS USA INC.,** | : | **FOR DEFENDANT** |
|  | : |  |
| Defendant. | : |  |
|  | : |  |

-----------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that the undersigned attorney, Carl E. Person, will move

this Court, before The Honorable Richard J. Holwell, United States District Judge, at Courtroom

17-B, in the United States Courthouse for the Southern District of New York, 500 Pearl Street,

New York, New York 100007, at such date and time as may be determined by the Court, for an

Order granting attorney Carl E. Person

(1) permission to withdraw as attorney for defendant Heys USA, Inc.; and an order so

relieving him as counsel in such action;

(2) an adjournment and/or stay of all proceedings, to permit the defendant to obtain

other counsel; and

(3) such other and further relief as the Court deems just and proper.

**Dated:   New York, New York**
**November 6, 2007**

**Carl E. Person   (CP 7637)**
**Attorney for the Defendant,**
**Heys USA, Inc.**
**325 W. 45th Street - Suite 201**
**New York, New York 10036-3803**
**(212) 307-4444**

1

## CERTIFICATE OF SERVICE

**Carl E. Person** hereby declares, pursuant to the penalties of perjury under 28 U.S.C. §

1746, that the following statements are true and correct:

I am not a party to this action, am over 18 years of age, and on November 6,

2007, I served a true copy of the foregoing

### NOTICE OF MOTION TO WITHDRAW AS COUNSEL
### FOR DEFENDANT

dated November 6, 2007 (the "Document") on the attorneys for the Plaintiff and to the Defendant,

Heys USA, Inc., by mailing a copy of the Document addressed as set forth below:

> **Heys USA, Inc.**
> **7950 NW 77th Street -Bldg C, Suite 1**
> **Miami FL  33166**
>
> **Steven C. Bennett, Esq. (SB 6380)**
> **Bennett Offices**
> **Law Offices of Steven Cullen Bennett**
> **521 Fifth Avenue  - Suite 1700**
> **New York NY  10175**
>
> **Thomas M. Furth, Esq. (TF 0758)**
> **Kudman Trachten Aloe LLP**
> **350 Fifth Avenue, Suite 4400**
> **New York NY  10118**

I declare under penalty of perjury that the foregoing is true and correct.

Executed in New York, New York on November 6, 2007.

_____
**Carl E. Person**