USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

POROX INTERNATIONAL CO., INC.,

                Plaintiff,

  -against-

HEYS USA INC.,

                Defendant.

------------------------------------------------------------x

07 Civ. 3256 (RJH)

**ORDER**

      Having reviewed Carl E. Person's Motion to Withdraw as Counsel for Defendant Heys USA Inc. ("Motion to Withdraw"), as well as the accompanying Memorandum of Law and Declaration of Carl E. Person in support of the Motion to Withdraw, the Court hereby GRANTS the Motion to Withdraw [10]. Mr. Person is permitted to withdraw as counsel for Defendant Heys USA Inc. Heys USA Inc. is hereby granted thirty (30) days to locate new counsel.

      Mr. Person is directed to promptly mail copies of this Order to all other counsel of record.

SO ORDERED.

Dated: New York, New York
       November 26, 2007

_____
Richard J. Holwell
United States District Judge