```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

POROX INTERNATIONAL CO., INC.,

          Plaintiff,

   - against -

HEYS USA INC.,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

07 Civ. 3256 (RJH)

**ORDER**

     A conference was held on the above-captioned matter on November 30, 2007. All parties appeared by counsel. The Court entered the following order:

     1.    Mr. Person's motion to withdraw as counsel for defendant Heys USA, Inc. [12] is granted.

     2.    Defendant as a corporate entity may not appear in this action *pro se*. Defendant must retain new counsel no later than December 30, 2007. If new counsel does not appear, judgment may be entered against defendant.

     3.    All discovery shall be completed by January 30, 2008. There will be no further extensions. A failure by any party to respond in good faith to discovery requests will expose that party to sanctions.

     4.    Mr. Person shall deliver a copy of this order to defendant by hand or FedEx immediately.

SO ORDERED.

Dated: New York, New York
       November 30, 2007

                                                      Richard J. Holwell
                                                    United States District Judge