Steven C. Bennett (SB 6380)
BENNETT OFFICES
Law Offices of Steven Cullen Bennett
521 Fifth Avenue suite 1700
New York, N.Y. 10175
(212) 292-4488 fax (888)275-6115
Attorneys for plaintiff

FEB - 2 2008

CHAMBERS OF

Thomas M. Furth (TF0785)
KUDMAN TRACHTEN ALOE LLP
350 Fifth Avenue, Suite 4400
New York, N.Y. 10118
(212) 868-1010
Of Cousnel to Plaintiff

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/14/08

David A. Gast
Florida Bar No. 176,567
MALLOY & MALLOY, PA
2800 SW 3rd Ave.
Miami, Florida 33129
Telephone: (305) 858-8000
Facsimile: (305) 858-0008
Email: dgast@malloylaw.com
Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
POROX INTERNATIONAL CO. INC.
           Plaintiffs,

-against-                                **Case No. 2007 CIV 03256 (RJH)**

HEYS (USA) INC.                          **STIPULATION AND ORDER**
                                         **OF DISMISSAL**

           Defendants.
-------------------------------------------------------------X

IT IS HEREBY stipulated and agreed by and between the attorneys for POROX

INTERANTIONAL CO INC and the attorneys for HEYS (USA) INC that, subject to the approval of

the Court that:

1.    This Court has jurisdiction over the subject matter of this action.

2.     This Court has, and shall retain jurisdiction over the parties hereto, and all those bound

hereunder, for purposes of enforcement of the Settlement Agreement executed by the

parties to the above-captioned action; and

3.     In accordance with the aforementioned Settlement Agreement, this action, including all

claims and counterclaims, if any, and including without limitation, all claims presently

known or unknown arising from the individual allegations made herein, is hereby

dismissed in its entirety with prejudice, against all parties, and each party shall bear its own

costs and attorney fees.


David A. Gast , Esq. (Fla Bar. 176,567)
(not admitted to practice in NY)
Malloy & Malloy, PA
2800 SW 3rd Ave.
Miami, Florida 33129
Telephone: (305) 858-8000
Facsimile: (305) 858-0008
Email: dgast@malloylaw.com
Attorney for Defendant

Dated: January 14 , 2008


Steven Bennett, Esq.
Bennett Offices
521 Fifth Avenue suite 1700
New York, N.Y. 10175
(212)292-4488 Fax (888)275-6115
(888)275-6115
sbennett@scblawyer.com
Attorneys for Plaintiff

Dated January 28 , 2008


SO ORDERED this    8        day of    Feb.        2008.


RICHARD J. HOLWELL
United .States.District.Judge.

The Clerk is reported to close this case

*Separate signed copies of this Stipulation and/or facsimile copies are hereby deemed acceptable and equivalent to be received by any concerned party as though a single complete original document.*

2 of 2